THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0100-JCC |
| Plaintiff, | ORDER |
| v. | |
| MATTHEW JEFFEREY CHASE, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed[1] motion to continue the trial date and pretrial motions deadline. (Dkt. No. 58.) Trial in this case is currently set for December 13, 2021. (Dkt. No. 47.)

Defendant indicates that, in order to adequately prepare for trial, defense counsel needs additional time to meet with and review discovery with Defendant, which has been hampered to date by health and safety measures implemented by the Federal Detention Center relating to the COVID-19 pandemic. (Dkt. No. 58 at 1–2.)

Having thoroughly considered the briefing and the relevant record, the Court FINDS that the ends of justice served by granting a continuance outweigh Defendant's and the public's interests in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reasons for this finding are:

---

[1] The Government has informed the Court that it does not oppose.

1. Taking into account the exercise of due diligence, a failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

2. Failure to grant a continuance would likely result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

Accordingly, the Court ORDERS as follows:

a) Defendant's motion (Dkt. No. 58) is GRANTED.

b) The December 13, 2021 jury trial is CONTINUED to February 28, 2022.

c) The pretrial motions deadline is CONTINUED until January 28, 2022.

d) The period from the date of this order until February 28, 2022 is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 8th day of December 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE