The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW JEFFEREY CHASE, <br><br> Defendant. | No. CR21-100-JCC <br><br> [~~PROPOSED~~] <br><br> **ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of an Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Matthew Jefferey Chase's interest in the following property:

    A sum of money in the amount of $17,000 in U.S. currency, representing the proceeds Defendant Matthew Jefferey Chase personally obtained as a result of his commission of Conspiracy to Distribute Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

///

Order of Forfeiture - 1
*United States v. Matthew Jefferey Chase*, CR21-100-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The proceeds of Conspiracy to Distribute of Fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B), and 846, are forfeitable pursuant to 21 U.S.C. § 853;
- In the Plea Agreement he entered on February 28, 2022, the Defendant agreed to forfeit the above-identified sum of money, which represents the proceeds he personally obtained from his Conspiracy to Distribute Fentanyl offense (Dkt. No. 69, ¶ 11); and
- This sum of money is personal to the Defendant; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 21 U.S.C. § 853 and his Plea Agreement, the Defendant's interest in the above-identified sum of money in the amount of $17,000 is fully and finally forfeited, in its entirety, to the United States;

2) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to the Defendant at the time he is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

3) No right, title, or interest in the above-identified sum of money exists in any party other than the United States;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed this sum of money in the amount of $17,000; and

///

///

Order of Forfeiture - 2
*United States v. Matthew Jefferey Chase*, CR21-100-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5) The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED

DATED this 29th day of April 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

 *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Order of Forfeiture - 3
*United States v. Matthew Jefferey Chase*, CR21-100-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970